UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE MATTHEWS                                    CIVIL ACTION

VERSUS                                             NO. 07-3658

STATE OF LOUISIANA ET AL.                          SECTION "R"(6)

### ORDER

The Court, having reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 28th day of May, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE